UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6403

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CALVIN ANTONIO SPENCER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.   Terrence W. Boyle, District Judge.  (2:92-cr-00026-BO-1; 2:12-cv-00034-BO)

Submitted:  October 31, 2013            Decided:  November 6, 2013

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Calvin Antonio Spencer, Appellant Pro Se.  Kristine L. Fritz, Jennifer P. May-Parker, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Antonio Spencer appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2013) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Spencer</u>, Nos. 2:92-cr-00026-BO-1; 2:12-cv-00034-BO (E.D.N.C. Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>